**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-7029**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

REGGIE ANDRE BECKTON,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, Senior District Judge. (7:11-cr-00061-BR-1)

_____

Submitted: December 22, 2017                    Decided: January 11, 2018

_____

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Reggie Andre Beckton, Appellant Pro Se. G. Norman Acker, III, Dennis Michael Duffy, Seth Morgan Wood, Assistant United States Attorneys, S. Katherine Burnette, Tobin Webb Lathan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Andre Beckton appeals the district court's text order denying his motion for a show cause order. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Beckton*, No. 7:11-cr-00061-BR-1 (E.D.N.C. July 18, 2017).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*